John J. Dickinson v. David J. Tysen, Impleaded.—Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James L. Matteson v. Jennings-Bragdon Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Midtown Contracting Company v. Louis Goldsticker and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Cora M. Clarke v. John L. Martin.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles E. Marks v. Julius W. Stolts, as President, etc.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Henry E. Gourd v. Thomas Healy.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles Gerbino, etc., v. Greenhut-Siegel Cooper Company.— Motion for stay granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of The City of New York (St. Paul's Place School Site).— Reference ordered. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Michael A. Mulholland v. Luis H. Reid and Others.— Application denied. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Interborough Rapid Transit Company (Webster Avenue Line, West Farms Subway Connection.) — Motion granted. Order to be settled on notice. Present — Ingraham P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Frank H. Travis v. Knox Terpezone Company and Others.— Motion granted; questions certified. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The City of New York v. New York Trust Company, as Trustee.— Motion granted. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John J. O'Neill v. Ronald C. Lee.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John J. O'Neill v. Roland C. Lee.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Irving L. Ernst, as Trustee in Bankruptcy of the Grand Union Company, Appellant, v. Terminal Clearing House Association, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. (Ingraham, P. J., and McLaughlin, J., dissented.)